THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC.,
NATIONAL DEFAULT SERVICING
CORPORATION, and US BANK, N.A., AS
TRUSTEE, SUCCESSOR IN INTEREST TO
BANK OF AMERICA, N.A. AS SUCCESSOR BY
MERGER TO LASALLE BANK N.A., AS
TRUSTEE FOR CERTIFICATEHOLDERS OF
BEAR STEARNS ASSET BACKED SECURITIES
I LLC, ASSET-BACKED CERTIFICATES,
SERIES 2007-HE7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KINDSVATER,<br><br>              Plaintiff,<br><br>       v.<br><br>SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION, US BANK, NA, and Does 1 through 10,<br><br>              Defendants. | Case No. 2:15-cv-01982-JAM-EFB<br><br>STIPULATED REMAND<br><br>(Sacramento Superior Court Case No. 34-2015-00183326)<br><br>Complaint Filed:  August 20, 2015 |

Plaintiff, on his own behalf, and Defendants Select Portfolio Servicing, Inc. ("SPS"), National Default Servicing Corporation ("NDSC"), and U.S. Bank N.A., as Trustee, Successor in Interest to Bank of America, N.A. as Successor by Merger to LaSalle Bank N.A., as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE7 (the "Trust") (collectively, "Defendants"), by and through their undersigned counsel, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

## RECITALS

1. On August 20, 2015, Plaintiff filed his Complaint in this matter styled as *Brian Kindsvater v. Select Portfolio Servicing, Inc., National Default Servicing Corporation, US Bank, NA*, Sacramento County Superior Court, Case No. 34-2015-00183326. Defendant SPS was served with the Complaint on August 20, 2015.

2. On September 18, 2015, Defendants removed this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

3. On September 25, 2015, Defendants filed their Motion To Dismiss.

4. That same day, Plaintiff emailed Defendants' counsel and informed them that removal was improper because prior to Defendants' filing of their Notice of Removal on September 18, 2015, Plaintiff had filed an Amended Complaint naming additional defendants whom are residents of the State of California.

5. At the time Defendants' counsel filed the Notice of Removal, they were unaware of the filing of an Amended Complaint.

<u>STIPULATIONS</u>

Based on the foregoing, the Parties stipulate to remand of this action back to the Sacramento County Superior Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  September 29, 2015	By:	/s/  Brian Kindsvater
			(as authorized on xxx)
			BRIAN KINDSVATER
			*Pro per*

Dated:  September 29, 2015	By:	/s/ Bryan L Hawkins
			THOMAS A. WOODS
			BRYAN L. HAWKINS
			Attorneys for Defendants
			SELECT PORTFOLIO SERVICING, INC.,
			NATIONAL DEFAULT SERVICING
			CORPORATION, and US BANK, N.A., AS
			TRUSTEE, SUCCESSOR IN INTEREST TO
			BANK OF AMERICA, N.A. AS SUCCESSOR
			BY MERGER TO LASALLE BANK N.A., AS
			TRUSTEE FOR CERTIFICATEHOLDERS OF
			BEAR STEARNS ASSET BACKED
			SECURITIES I LLC, ASSET-BACKED
			CERTIFICATES, SERIES 2007-HE7

## **ORDER**

Upon reading the foregoing Stipulation, and good cause appearing, therefore, IT IS SO ORDERED that this action is remanded back to the Sacramento County Superior Court.

Dated:  October 6, 2015          /s/ John A. Mendez
                                 DISTRICT JUDGE JOHN A. MENDEZ